SCWC-13-0000415

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAMES K. LIBERO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000415; CR. NO. 98-0697)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Petitioner-Appellant James K. Libero's

Application for Writ of Certiorari, filed on June 22, 2015, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 6, 2015.

James K. Libero
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

